106 F.3d 390
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Todd William LAMB, Petitioner-Appellant,
v.
Joseph P. SACCHET, Warden; Attorney General of The State of
Maryland, Respondents-Appellees.
 No. 96-6918.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 23, 1997.
Decided Feb. 4, 1997.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Alexander Williams, Jr., District Judge. (CA-95-1954-AW)
 Todd William Lamb, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Kathryn Grill Graeff, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, MD, for Appellees.
 Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Todd William Lamb appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub.L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Lamb v. Sacchet, No. CA-95-1954-AW (D.Md. May 14, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED